```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

BEAU TROTTER, ET AL                         CIVIL ACTION

VERSUS                                      NO: 08-836

FIREMAN'S FUND INSURANCE                    SECTION: J(5)
COMPANY
```

**ORDER AND REASONS**

Before the Court is Defendant's **Motion to Dismiss for Failure to Comply with an Order of this Court (Rec. Doc. 10).** This motion, which is opposed, was set for hearing on July 9, 2008 on the briefs.  Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds, for the reasons set forth below, that Defendant's motion should be denied.

### Background Facts

This matter arises out of damages sustained due to Hurricane Katrina.  Defendant removed the action to this Court on February 6, 2008.  On February 21, 2008, Defendant propounded interrogatories and a request for production of documents to Plaintiffs.  After receiving no response, Defendant filed a

motion to compel.  On June 2, 2008, the Magistrate Judge granted Defendant's motion, ordering Plaintiffs to respond to the outstanding discovery requests by June 16, 2008.  On June 17, 2008, after having received no discovery responses, counsel for Defendant contacted counsel for Plaintiffs, but received no response as to why Plaintiffs had not responded to Defendant's discovery.  The instant motion followed.

## Discussion

Rule 41(b) of the Federal Rules of Civil Procedure provides that a defendant may move for dismissal of an action against a plaintiff for failure of said plaintiff to comply with an order of the court.  Defendant argues that because Plaintiffs failed to respond to Defendant's discovery on or before the date they were ordered to do so by the Magistrate Judge, dismissal of Plaintiffs' claims is warranted.

In opposition, Plaintiffs explain that discovery responses were provided to counsel for Defendant subsequent to the filing of the instant motion on July 2, 2008.  Plaintiffs state that in the last 60 days, Plaintiff Beau Trotter graduated from law school and has been preparing to take the Colorado bar exam after having relocated to Colorado post-Katrina.  As a result, counsel for Plaintiffs has had difficulty contacting his clients. Contact has been made, however, and the responses have been provided.  Furthermore, Plaintiffs state that they will not

2

oppose any extension of the discovery deadline should such an extension be requested by Defendant.

In light of the fact that Plaintiffs have provided their discovery responses to Defendant, this Court determines that dismissal is not warranted in these circumstances, particularly as the trial date in this matter is set for December 1, 2008. Accordingly,

**IT IS ORDERED** that Defendant's **Motion to Dismiss for Failure to Comply with an Order of this Court (Rec. Doc. 10)** is hereby **DENIED.**

New Orleans, Louisiana, this 23rd day of July, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE